DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RICKY CHRISTMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D19-850

————————————————

September 15, 2021

Appeal from the Circuit Court for Polk County; J. Kevin Abdoney and Wayne M. Durden, Judges.

Howard L. Dimmig, II, Public Defender, and Julius J. Aulisio, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Johnny T. Salgado, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.